Submitted on petition for review filed October 28, 1994, petition for review allowed; decision of the Court of Appeals vacated and case remanded to the Court of Appeals January 27, 1995

## STATE OF OREGON,
*Respondent on Review,*

*v.*

## CHEYENNE HENNINGS,
*Petitioner on Review.*

### (CC 35193C; CA A79169; SC S41735)

887 P2d 788

Sally L. Avera, Public Defender, and Mary M. Reese, Deputy Public Defender, Salem, filed the petition on behalf of petitioner on review.

No appearance *contra.*

MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals is vacated and the case is remanded to the Court of Appeals for consideration in the light of *State v. Kephart*, 320 Or 433, 887 P2d 774 (1994), and *State v. Martin*, 320 Or 448, 887 P2d 782 (1994).